**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6007**

_____

ALFRED WILLIAM WALKER,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; VANESSA P. ADAMS,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-00-851-5-HC)

_____

Submitted: April 27, 2001          Decided: May 4, 2001

_____

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Alfred William Walker, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alfred William Walker seeks to appeal the district court's order denying relief on his action that the district court construed as a 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Walker v. United States</u>, No. CA-00-851-5-HC (E.D.N.C. Dec. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Walker's claim for relief under 28 U.S.C. § 2241 (1994) is unavailing because he does not meet the test for proceeding under § 2241 set forth in <u>In re Jones</u>, 226 F.3d 328, 333-34 (4th Cir. 2000).

2